UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                  :

FRANKLYN RODRIGUEZ, et al.,               :

                            :

                   Plaintiffs,        :

                            :                 24-CV-9473 (JAV)

              -v-                      :

                            :                   <u>ORDER</u>

INWOOD RESTAURANT CORP., *d/b/a* LA NUEVA  :

ESPANA, et al.,                           :

                            :

                   Defendants.      :

                            :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       For the reasons set forth in the oral opinion delivered at the hearing held on August 18, 2025, Plaintiffs' Motion for Default Judgment is GRANTED.

       The Clerk of Court is directed to enter judgment against Inwood Restaurant Corp. *d/b/a* La Nueva Espana, 606 Restaurant Corp., and Franco Jimenez, jointly and severally, as follows:

- Plaintiff Elizabeth Guzman is awarded $29,362.42.

- Plaintiff Eulogio Guerra is awarded $79,911.69.

- Plaintiff Florencio Jimenez is awarded $24,770.46.

- Plaintiff Franklyn Rodriguez is awarded $50,391.56.

- Plaintiff Martin Mora is awarded $18,900.89.

- Plaintiff Wendy Alvarez is awarded $47,859.35.

       Furthermore, Plaintiffs are awarded an additional $405.00 in costs and $2,850 in attorneys' fees incurred in the prosecution of this action, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a).  The Clerk of Court is respectfully directed to close the case

and terminate all pending motions.

       SO ORDERED.

Dated: August 19, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge