**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANKLYN RODRIGUEZ, et al.,

                Plaintiffs,

                           24 **CIVIL** 9473 (JAV)

       -against-                          **DEFAULT JUDGMENT**

INWOOD RESTAURANT CORP., d/b/a LA
NUEVA ESPANA, et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 19, 2025, Plaintiffs' Motion for Default Judgment is GRANTED. Judgment is entered against Inwood Restaurant Corp. d/b/a La Nueva Espana, 606 Restaurant Corp., and Franco Jimenez, jointly and severally, as follows: Plaintiff Elizabeth Guzman is awarded $29,362.42. Plaintiff Eulogio Guerra is awarded $79,911.69. Plaintiff Florencio Jimenez is awarded $24,770.46. Plaintiff Franklyn Rodriguez is awarded $50,391.56. Plaintiff Martin Mora is awarded $18,900.89. Plaintiff Wendy Alvarez is awarded $47,859.35. Furthermore, Plaintiffs are awarded an additional $405.00 in costs and $2,850 in attorneys' fees incurred in the prosecution of this action, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
            August 19, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                         **BY**:  *K. Mango*
                                                **Deputy Clerk**